UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA MARIE HOOD,<br><br>  Plaintiff,<br><br>v.<br><br>FORD MOTOR COMPANY, et al.,<br><br>  Defendants. | Case No.: 22cv1908-L (MSB)<br><br>**ORDER APPROVING JOINT STIPULATION TO CONTINUE SETTLEMENT DISPOSITION CONFERENCE [ECF NO. 8]** |

On April 10, 2023, the parties filed a "Joint Stipulation to Continue Settlement Disposition Conference," which the Court construes as a joint motion for approval of their stipulation. (See ECF No. 89.) In their stipulation, the parties explain that they "continue to cooperate to ensure a timely vehicle surrender and check distribution," and they therefore seek a continuance of approximately thirty days of the Settlement Disposition Conference currently set for April 11, 2023. (Id.) Finding good cause for the requested continuance, the Court **GRANTS** the joint motion and **APPROVES** the parties' stipulation as follows:

The parties are ordered to file their joint motion to dismiss this case, signed by counsel of record and any unrepresented parties, no later than **May 11, 2023**. A

///

proposed order granting the joint motion must be e-mailed to the assigned district judge's chambers[1] on the same day.

**If the fully executed joint motion to dismiss is not filed by May 11, 2023**, then **all counsel of record and unrepresented parties are required to appear in person** for a continued Settlement Disposition Conference.  The Settlement Disposition Conference will be held on **May 18, 2023** at **1:30 p.m.** in **Courtroom 2C** with Magistrate Judge Berg. If the parties file their joint motion to dismiss on or before **May 11, 2023**, the Settlement Disposition Conference will be **VACATED without further court order**.

If counsel of record or any unrepresented party fails to appear at the Settlement Disposition Conference, or the parties fail to file the signed joint motion to dismiss in a timely manner, the Court will issue an order to show cause why sanctions should not be imposed for failing to comply with this Order.

**IT IS SO ORDERED**.

Dated:  April 11, 2023

_____
Honorable Michael S. Berg
United States Magistrate Judge

---

[1] The proposed order must be e-mailed pursuant to section 2(h) of the United States District Court for the Southern District of California's Electronic Case Filing Administrative Policies and Procedures Manual, available at www.casd.uscourts.gov.